Bailey & Orozco, LLC
Michael Orozco, Attorney for Defendant
744 Broad Street, Suite 1901
Newark, N.J. 07102
(973) 693-4408

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

UNITED STATES OF AMERICA

                Case No.: 11-735

v.

JAIME GARCIA

                CONSENT ORDER SETTING
                AMENDED CONDITIONS OF BAIL

Honorable Susan Wigenton, United States District Judge

    The Court orders the defendant's bail conditions, previously set on June 8th, 2011, and then further amended by way of a consent order on October 14, 2011, be amended by way of agreement between the defendant and the Government as set forth below:

    Defendant's curfew shall be extended to 8:00 pm daily so as to allow him visitation with his youngest child.

    All other bail conditions shall remain in full force and effect.

    SO ORDERED

DATED: December 19, 2011

                                  Honorable Susan Wigenton
                                  United States District Judge

Agreed as to form:

Barbara Hutchinson, New Jersey Pre Trial Services



Mary E. Toscano,
Special Assistant United States Attorney